UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HARVEY HORWITZ, derivatively on behalf of Quorum Health Corporation, | ) ) ) |  |
|---|---|---|
| Plaintiff, | ) ) | NO. 3:18-cv-00875 |
| v. | ) ) |  |
| THOMAS D. MILLER, et al., | ) ) |  |
| Defendants. | ) |  |

## ORDER

The parties have filed a Joint Stipulation Voluntarily Dismissing Action Without Prejudice (Doc. No. 43). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE